UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES – GENERAL

| Case No. | 2:25-cv-08042-ODW (AJRx) | Date | February 9, 2026 |
|---|---|---|---|
| Title | *Karin Stanford v. Jonathan Peter Jackson* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**          **In Chambers**

On December 8, 2025, the Court ordered Plaintiff to show cause why the Court should not dismiss this action for Plaintiff's failure to serve the Complaint within the Rule 4(m) period. The Court noted that "[f]ailure to timely respond to this Order may result in the dismissal of the action without further warning." After Plaintiff requested an extension, the Court extended her deadline to January 30, 2026. (Dkt. No. 24.) However, as of the date of this order, Stanford has not filed a proof of service. Accordingly, the Court **DISMISSES** this action without prejudice. *See* Fed. R. Civ. Proc. 4(m).

|  | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |